JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICARE SUPPLY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>3 HANGER SUPPLY COMPANY, INC., a California Corporation,<br><br>Defendant. | Case No.  CV 12-03755 MWF (FFMx)<br><br>Judge:  Hon. Michael W. Fitzgerald<br>Complaint Filed:  May 1, 2012<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal by and between plaintiff United Fabricare Supply, Inc. and defendant 3Hanger Supply Company, Inc., through their respective attorneys:

IT IS HEREBY ORDERED that this entire action be and hereby is dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees incurred in connection with the action.

Dated: May 30, 2013

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE